IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KRISTY SIU, on behalf of herself and all others similarly situated;<br>    Plaintiff, | : : : : : | No. 23-CV-01198-MN |
| v. | : : : | |
| CONVOY, INC,<br>    Defendant. | : : : | |

## STIPULATION AND AGREEMENT

WHEREAS, Plaintiff Kristy Siu ("Plaintiff"), on behalf of herself and a class of those similarly situated, filed her Complaint [Docket No. 1] against Defendant Convoy, Inc. ("Defendant") in this Court; and

WHEREAS, the Parties have engaged in discussions regarding the timing of Defendant's response to the Complaint and desire to extend the time within which Defendant may answer or otherwise plead;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendant, as follows:

1. The Parties agree and stipulate that the time within which Defendant may answer or otherwise plead with respect to the Complaint [Docket No. 1] is hereby extended.

2. The extended deadline for Defendant to answer, move, plead or otherwise respond to the Complaint shall be the earlier of January 23, 2024, or the

date on which Defendant answers or otherwise responds to any other WARN Act-related lawsuit.

3. The Parties further agree and stipulate to the following deadlines: the FRCP 26(f) Conference will be held by January 25, 2024; Initial Disclosures Pursuant to FRCP 26(a)(1) will be exchanged by February 1, 2024 and the Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule shall be filed by February 7, 2024.

4. This stipulation is without prejudice to any and all rights, defenses, or arguments that Defendant may assert in response to the Complaint.

NOVEMBER 30, 2023

| MARGOLIS EDELSTEIN | BILLION LAW |
|---|---|
| */s/ James E. Hugget* | */s/ Mark M. Billion* |
| James E. Hugget (DE Bar No. 3956) | Mark M. Billion (DE Bar No. 5263) |
| 300 Delaware Avenue, Suite 800 | 1073 S. Governors Ave. |
| Wilmington, DE 19801 | Dover, DE 19904 |
| (302)888-1112 | 302.428.9400 |
| jhuggett@margolisedelstein.com | markbillion@billionlaw.com |
| *For the Plaintiffs* | *For the Defendant* |

**SO ORDERED this 4th day of December 2023**

_____
**The Honorable Maryellen Noreika**
**United States District Judge**