# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| KRISTY SIU, on behalf of herself and all others similarly situated; | : : : : | |
| Plaintiff, | : : | No. 23-CV-01198-MN |
| v. | : : : | |
| CONVOY, INC, | : : : | |
| Defendant. | : | |

## JOINT STATUS REPORT

The parties apologize for missing the prior deadline to submit a proposed Scheduling Order and believe they are close to resolving this matter. The parties request an additional thirty (30) days within which to either notify the court of a resolution of this matter or file a second status report.

Dated:   Wilmington, Delaware
             April 25, 2024

                                        Respectfully submitted,


                                        By: /s/ James E. Huggett_____
                                        **MARGOLIS EDELSTEIN**
                                        James E. Huggett (#3956)
                                        300 Delaware Avenue
                                        Suite 800
                                        Wilmington, DE 19801
                                        Phone 302-888-1112
                                        Fax 302-888-1119

**THE GARDNER FIRM, P.C.**
Mary E. Olsen (OLSEM4818)
M. Vance McCrary (MCCRM4402)
182 St. Francis Street
Suite 103
Mobile, Alabama 36602
P: (251) 433-8100
F: (251) 433-8181


**LANKENAU & MILLER, LLP**
Stuart J. Miller (SJM 4276)
Johnathan Miller
100 Church Street, 8th FL
New York, NY 10007
P: (212) 581-5005
F: (212) 581-2122

*Attorneys for Plaintiff and the Putative Class*

and

__*/s/* Mark M. Billion _ _____
BILLION LAW
Mark M. Billion (DE Bar No. 5263)
1073 S. Governors Ave.
Dover, DE 19904
302.428.9400
Markbillion@billionlaw.com

*Attorney for Defendant*