## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KRISTY SIU, on behalf of herself and all others similarly situated; | : : : : | |
| Plaintiff, | : : | No. 23-CV-01198-MN |
| v. | : : : | |
| CONVOY, INC, | : : : | |
| Defendant. | : | |

### STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANT, WITHOUT PREJUDICE AND TOLLING AGREEMENT

Pursuant to F.R.C.P. 41 (a)(1)(A)(ii), Plaintiff Kristy Siu ("Plaintiff") and Defendant Convoy, Inc. ("Defendant" and together with Plaintiff, the "Parties"), hereby stipulate to the voluntary dismissal of all claims in the above styled cause against Defendant, without prejudice, each of the Parties to bear their own costs and fees.

The Parties further stipulate that, with respect to the claims made in, or relating to, the Complaint in this lawsuit (Doc. 1) (the "Claims"), any and all applicable statutes of limitations, laches, and other possible time-bars and defenses based in whole or in part on the time which may elapse from the accrual of said Claims, are hereby tolled against Defendant and may be recommenced by Plaintiff or any putative class member at a future date.

Agreed to this 29th day of May, 2024.

                                                                                                             Respectfully submitted,

                                                                                                             __/s/_ Mark M. Billion_____
                                                                                                             BILLION LAW
                                                                                                             Mark M. Billion (DE Bar No. 5263)
                                                                                                             1073 S. Governors Ave.
                                                                                                             Dover, DE 19904
                                                                                                             302-428-9400

Markbillion@billionlaw.com

*Attorney for Defendant*

and

By: /s/ James E. Huggett
**MARGOLIS EDELSTEIN**
James E. Huggett (#3956)
300 Delaware Avenue
Suite 800
Wilmington, DE 19801
Phone 302-888-1112
Fax 302-888-1119


**THE GARDNER FIRM, P.C.**
Mary E. Olsen (OLSEM4818)
M. Vance McCrary (MCCRM4402)
182 St. Francis Street
Suite 103
Mobile, Alabama 36602
P: (251) 433-8100
F: (251) 433-8181


**LANKENAU & MILLER, LLP**
Stuart J. Miller (SJM 4276)
Johnathan Miller
100 Church Street, 8th FL
New York, NY 10007
P: (212) 581-5005
F: (212) 581-2122

*Attorneys for Plaintiff and the Putative Class*


**SO ORDERED this 30th day of May 2024.**

_____
**The Honorable Maryellen Noreika**
**United States District Judge**